IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| ADVANTAGE MEDIA GROUP, | ) | |
| d/b/a LEGACY PUBLISHING COMPANY, | ) | |
| Plaintiff, | ) | |
| v. | ) | 1:10CV95 |
| BARBARA DEBNAM, | ) | |
| Defendant. | ) | |

## DEFAULT JUDGMENT

For the reasons set forth in this Court's Memorandum Opinion and Order filed contemporaneously herewith,

IT IS ORDERED, ADJUDGED AND DECREED that Defendant Barbara Debnam, shall be and hereby is permanently enjoined from copying, distributing, offering for sale, or otherwise infringing, either directly or indirectly, Plaintiff's copyright in The Total Transformation Program.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiff shall have and recover of Defendant Barbara Debnam statutory damages in the amount of $10,000.00, plus post-judgment interest.[1]

This, the 10th day of June, 2011.

United States District Judge

---

[1] The Court notes that this Default Judgment does not provide a final resolution with respect to Plaintiff's request for costs and attorneys' fees. Rather, this Court will reconsider Plaintiff's request for costs and attorneys' fees following submission of Plaintiff's supplemental motion and briefing, as ordered by the Court in the Memorandum Opinion and Order filed contemporaneously herewith.